IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEMYRON BISHOP,

        Plaintiff,

v.                                                                                              No. 2:22-cv-00571-KWR-GBW

FEDERAL GOVERNMENT,

        Defendant.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

On November 10, 2021, Senior United States District Judge Judith C. Herrera imposed filing restrictions on *pro se* Plaintiff. *See* Order Imposing Filing Restrictions, Doc. 10, filed in *Bishop v. DHS*, No. 2:21-cv-00887-JCH-KRS. Judge Herrera enjoined Plaintiff "from initiating further litigation in this Court unless either a licensed attorney who is admitted to practice before this Court signs the pleading or Plaintiff first obtains permission to proceed pro se." Order Imposing Filing Restrictions at 2 (describing the steps Plaintiff must take to obtain permission to proceed *pro se* in this Court).

On July 29, 2022, Plaintiff filed two documents initiating a new case. *See* Doc. 1; Doc. 2. Neither document is signed by a licensed attorney who is admitted to practice in this Court. Plaintiff has not taken the required steps to obtain permission to proceed *pro se* in this Court.

United States Magistrate Judge Gregory B. Wormuth ordered Plaintiff to show cause why the Court should not dismiss this case for Plaintiff's failure to comply with the requirements in the Order Imposing Filing Restrictions. *See* Doc. 4, filed August 4, 2022. Plaintiff's Response is largely incoherent, does not address his noncompliance with the requirements in Order Imposing Filing Restrictions, and does not otherwise show cause why the Court should not dismiss this case

for Plaintiff's failure to comply with the requirements in the Order Imposing Filing Restrictions. *See* Doc. 5, filed August 19, 2022.

    **IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

                                           **KEA W. RIGGS**
                                           **UNITED STATES DISTRICT JUDGE**